# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR 23-367(8) JMB/JFD |
| Shardai Rayshell Allen, Defendant. | Date: August 6, 2025 |
| | Court Reporter: Nancy Meyer |
| | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time Commenced: 1:28 p.m. |
| | Time Concluded: 2:01 p.m. |
| | Time in Court: 33 minutes |

Before Judge Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Timothy Campbell Warner, Assistant United States Attorney
For Defendant: Ryan Pacyga, CJA

**x** **Sentencing.**

IT IS ORDERED:

Sentencing is continued until December 10, 2025 at 10:00 a.m. Ms. Allen shall remain on pretrial release pursuant to all the same conditions as previously imposed, including completing a mental health assessment and following all recommendations from that assessment. The Pretrial Services Office shall file monthly status letters at the end of each month.
.

    ls
Courtroom Deputy